|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBBIN DEE ROWE, | ) Case No.: 1:16-cv-00355 – JLT |
|---|---|
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Robbin Dee Rowe seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denyin an application for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).  The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to the application, Plaintiff is currently employed, and has received income from a "[b]usiness, profession or other self-employment" during the last twelve months.  (Doc. 2 at 1) However, Plaintiff fails to prove any information regarding "the amount of [the] take-home salary or wages and pay period," or to "give the name and address of [the] employer," as is directed on the application.  (*Id.*)  In addition, Plaintiff fails to identify the amount of money received in the past

twelve months or the amount Plaintiff expects "to continue to receive." (*See id.*) Consequently, the application is incomplete, and the Court is unable to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, a complete application that includes the information identified above, and as indicated on the application form. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **March 21, 2016**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE