UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIN DEE ROWE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-0355- JLT<br><br>ORDER GRANTING THE REQUESTS FOR EXTENSIONS OF TIME<br><br>(Doc.16) |

　　　　On February 13, 2017, the parties filed a stipulation for a fourteen-day extension of time for Defendant to file a response to Plaintiff's opening brief, and a three-day extension for Plaintiff to file a reply. (Doc. 16) Notably, the Scheduling Order permits a thirty extension by the stipulation of parties (Doc. 7 at 4), which has not been used by the parties. Accordingly, the Court **ORDERS**:

　　　　1.　　The parties' requests for extensions of time are **GRANTED**; and

　　　　2.　　Defendant **SHALL** respond to the opening brief no later than **February 27, 2017**; and

　　　　3.　　Any reply by Plaintiff **SHALL** be filed no later than **March 17, 2017**.


IT IS SO ORDERED.

　　Dated:　**February 15, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE